United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Latoya Clark and others,<br>Plaintiffs/Counter-Defendants,<br><br>v.<br><br>JPMorgan Chase Bank, N.A.,<br>Defendant/Counter-Plaintiff/Third-Party Plaintiff,<br><br>v.<br><br>Kabbage, Inc., Third-Party Defendant. | Civil Action No. 20-24326-Civ-Scola |

### Order Adopting The Magistrate Judge's Report And Recommendation

Because neither party has not objected Magistrate Judge Jonathan Goodman's Report (ECF No.100) and the time to do so has passed, the Court **adopts** the Report in full. A district court judge need conduct a de novo review of only "those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636. Where no objections are made, a report may be adopted in full without conducting de novo review provided no plain error exists. *E.g.*, *id.*; *Menendez v. Naples Cmty. Hosp., Inc.*, No. 2:20-CV-898-SPC-MRM, 2021 WL 5178496, at *1 (M.D. Fla. Nov. 8, 2021) (collecting cases). Finding no plain error with the report, the Court **orders and adjudges** as follows:

1. The Report (**ECF No. 100**) is **adopted in full**;
2. Defendant JPMorgan Chase Bank, N.A.'s ("Chase") motion for default judgment (**ECF No. 93) is granted**;
3. Chase is **dismissed** as a party to this action; and
4. The Plaintiffs are enjoined from instituting any action against Chase with respect to the interpleaded funds.

Any additional pending motions are **denied as moot**. The Court directs the Clerk to **close** this case.

**Done and ordered** in chambers, at Miami, Florida, on April 12, 2022.

Robert N. Scola, Jr.
United States District Judge